NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRED E. EVANS, NANCY A. EVANS, RANDY W. FROEBE, DEBRA J. FROEBE, GENEVA GRUBBS, NORMA LOU HALL, SHIRLEY HENDRICKS, DAVID HOUSER, GAIL HOUSER, PATRICK J. O'BRYAN, TRUSTEE OF THE PATRICK J. O'BRYAN REVOCABLE LIVING TRUST UNDER AGREEMENT DATED 9/7/2001, LESTER ROARK, DONALD LEE ROPER, II, AND B. LORENE SOPER,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-1303

---

Appeal from the United States District Court for the District of Kansas in case no. 09-CV-2096, Chief Judge Kathryn H. Vratil.

--------------------------------------------------

---

**EDWARD L. BRIGHT, II, CLARENCE FORKNER, HOMER E. HAMILTON, DEBBIE M. HAMILTON, RICKY D. RUSSELL, BRADY J. STUART, AND ROSE M. STUART,**

*Plaintiffs-Appellants,*

AND

**EARLEEN FAUVERGUE,**
*Plaintiff,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-1385

---

Appeal from the United States District Court for the Western District of Missouri in case no. 09-CV-5014, Judge Richard E. Dorr.

---

**ON MOTION**

---

**ORDER**

Fred E. Evans, et al. move for an extension of time to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Evans, et al.'s reply brief is due January 17, 2012.

FOR THE COURT

DEC 2 1 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Mark F. Hearne, II, Esq
     Katherine J. Barton, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 1 2011

JAN HORBALY
CLERK